UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

AARON GREENBERG AND NICHE GREENBERG
on behalf of themselves and
all other similarly situated consumers

                    Plaintiff

           -against-

CENTRAL CREDIT SERVICES LLC
F/K/A VELDOS, LLC

                    Defendant.
_____

Case No.

1:16-cv-02350-RJD-CLP

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       October 26, 2016

_/s/ Maxim Maximov_____
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: Flemington, New Jersey
       October 26, 2016

_/s/ Aaron R. Easley_____
Aaron R. Easley, Esq.
Sessions Fishman Nathan & Israel LLC
Attorney for the Defendant
3 Cross Creek Drive
Flemington, New Jersey 08822
Office: (908) 237-1660
Fax: (908) 237-1663
E-mail: aeasley@sessions-law.biz